No. 78–6874. TUCHSCHMIDT *v.* KALISH. Sup. Ct. Mo. Certiorari denied.

No. 78–6878. MOODY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–6880. JACKSON *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 78–6881. PRASAD *v.* MERGES, DIRECTOR OF DEVELOPMENTAL CENTER, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 78–6882. DIXON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6883. NAZARIO-CASTULO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6888. SWEENEY *v.* STRYJAK ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–6889. TAYLOR *v.* SCISM, CHAIRMAN, PAROLE COMMISSION OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–6890. MASSEY *v.* CUMMINGS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6892. NOEL ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6893. DAVIDSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6894. GIBSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 78–6895. HULSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.